# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

FILED

MAR 18 2015

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: MARK CHRISTIAN TARCZYNSKI

                Debtor

BAP No.: **CC-14-1307-PaTaKu**

-------------------------------

1100 WILSHIRE BLVD., LLC

                Appellant

v.

MARK CHRISTIAN TARCZYNSKI; 1100 WILSHIRE PROPERTY OWNERS ASSOCIATION

                Appellees

Bankr. No.: 2:13-bk-38642-BB
Adv. No.: 2:14-ap-01149-BB
Chapter 7

March 18, 2015

Date: March 18, 2015

The referenced appeal was mandated by this Panel on March 12, 2015. The judgment was appealed to the United States Court of Appeals for the Ninth Circuit on March 18, 2015. The appeal to the Ninth Circuit is currently pending.

                By: Vincent Barbato, Deputy Clerk
                Date: March 18, 2015